UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                 CASE NO.: 23-13440-RAM
                                                             CHAPTER: 13

LEONARD EARL PRICE Jr.,

    Debtor.
_____/

**NOTICE OF APPEARANCE125114**
*For Property Located at 20701 NW Miami Ct., Miami, FL 33169*

      BANK OF AMERICA, N.A., its successors and/or assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the court's Master Mailing List:

**Nathalie C. Rodriguez, Esq.
Frenkel Lambert Weiss Weisman & Gordon, LLP
53 Gibson Street
Bay Shore, New York 11706**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorney for Secured Creditor
53 Gibson Street
Bay Shore, New York 11706
Telephone: (954) 522-3233 ext.1625
Fax: (954) 200-7770

*/s/ Nathalie C. Rodriguez,* Esq
Nathalie C. Rodriguez, Esq.
Florida Bar No.: 125114

04-098001-B00

     **I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the attached Mailing List on May 3, 2023.

**SERVICE LIST**

*Attorney for Debtor*
**Jose A Blanco**
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

*Debtor*
**Leonard Earl Price, Jr.**
20701 NW MIami Court
Miami, FL 33169

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

 

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
Attorney for Secured Creditor
One East Broward Blvd, Suite 1111
Fort Lauderdale, Florida 33301
Telephone: (954) 522-3233 ext.1625
Fax: (954) 200-7770

*/s/ Nathalie C. Rodriguez,* Esq
Nathalie C. Rodriguez, Esq.
Florida Bar No. 125114

04-098001-B00