# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

In re:                                                                                         Case No. 23-13440-RAM
                                                                                               Chapter 13
LEONARD EARL PRICE, JR.,

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
(Property Address: 20701 NW Miami Ct, Miami, FL 33169)

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Bank of America, N.A. ("Secured Creditor") and requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

    **MARINOSCI LAW GROUP, P.C**.
    Attorney for Secured Creditor
    100 West Cypress Creek Road, Suite 1045
    Fort Lauderdale, FL 33309
    Phone: (954) 644-8704
    Fax: (401) 262-2110
    Email: fdispigna@mlg-defaultlaw.com

    /s/ Frederic DiSpigna
    _____
    FREDERIC DISPIGNA, ESQ**.**
    Florida Bar No. 345539

MLG File No. 23-02139                                   1 of 2

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, on the parties listed below on May 3, 2023.

**Nancy K. Neidich, Trustee**
POB 279806
Miramar, FL 33027

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Leonard Earl Price, Jr.**
20701 NW MIami Court
Miami, FL 33169

**Jose A Blanco, Esq.**
Jose A Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

 

**MARINOSCI LAW GROUP, P.C**.
Attorney for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (401) 262-2110
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic DiSpigna
_____
FREDERIC DISPIGNA, ESQ**.**
Florida Bar No. 345539