

**ORDERED in the Southern District of Florida on October 23, 2023.**

                                                                                    Robert A. Mark, Judge
                                                                                    United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Leonard Price, Jr.                                         Case No.: 23-13440-RAM
                                                                                 Chapter 13

                    Debtor(s)                    /

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY RESURGENT CAPITAL SERVICES AS SERVICING AGENT FOR RESURGENT CAPITAL SERVICES

THIS CASE came to be heard on the court's consent calendar on  October 17, 2023  on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE  36  ; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.  The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

     ___  Motor vehicle described as follows:
            **Year and Model of motor vehicle**:
            **Vehicle Identification Number (VIN #)**:

**Odometer reading**:

X  Personal property other than a motor vehicle described as follows: Household fixtures located in debtor's home

is $ 1,190.00  at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ 1,190.00    .

3. (Select only one):

    X  Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $    30,564.26, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at  8   % for a total of $  1,447.73        .

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.

LF-103 (06/14/10)