

ORDERED in the Southern District of Florida on October 23, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Leonard Earl Price, Jr.                    Case No.: 23-13440-RAM-
                                                    Chapter 13

_____Debtor(s)_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF LVNV FUNDING, LLC / RESURGENT CAPITAL SERVICES

THIS MATTER having come to be heard without objection on the consent calendar on October 17, 2023, upon Debtor's Objections to Claims of LVNV Funding, LLC / Resurgent Capital Services ("Creditor") (ECF#39; claims #1 and 12) and based on the record, IT IS;
ORDERED AND ADJUDGED:

1. The objections to the proofs of claims of Creditor are SUSTAINED.

2. The claims are stricken and disallowed.

# # #

LF-70 (rev. 12/01/09)

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:     (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)