

ORDERED in the Southern District of Florida on October 23, 2023.

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Leonard Earl Price, Jr.            Case No.: 23-13440-RAM
                                            Chapter 13

              Debtor(s)            /

### ORDER SUSTAINING OBJECTION TO CLAIM OF BANK OF AMERICA

THIS MATTER having come to be heard without objection on the consent calendar on October 17, 2023, upon Debtor's Objections to Claims of Bank of America ("Creditor") (ECF#42; claims #8 & 9) and based on the record, IT IS;
    ORDERED AND ADJUDGED:

1. The objections to the proofs of claims of Creditor are SUSTAINED.

2.  The claims are allowed as filed with no distribution from the Chapter 13 Trustee.

# # #

LF-70 (rev. 12/01/09)

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:     (305) 349-3463
Fax:     (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)